**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01415

TODD GORDON, MARC and KRISTEN
MERCER, h/w, KRISTIN BAKER,
MICHELLE FOWLER, GREG LAWSON
and JUDY CONARD, individually and
on behalf of all others similarly situated,

  Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,

  Defendant.

---

**NOTICE OF NAME CHANGE**

---

TO THE CLERK OF THE COURT:

  Kindly change my name in the records of the District of Colorado from Jessica L. Titler to

Jessica L. Titler-Lingle.

DATED:  May 16, 2018          Respectfully submitted,

             By:   *//s// Jessica L. Titler-Lingle*
                Jessica L. Titler-Lingle
                Chimicles & Tikellis LLP
                361 W. Lancaster Avenue
                Haverford, PA  19041
                610-642-8500
                jt@chimicles.com

                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record on this 16th day of May, 2018.

*/s/ Jessica L. Titler-Lingle*
Jessica L. Titler-Lingle