IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01415-CMA-SKC

TOD GORDON,
MARC MERCER,
KRISTEN MERCER,
KRISTIN BAKER
MICHELLE FOWLER,
GREG LAWSON and
JUDY CONARD,

    Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,

    Defendant.

---

## ORDER APPOINTING INTERIM CO-LEAD COUNSEL AND LIAISON COUNSEL

---

THIS MATTER, having come before the Court by Plaintiffs' Unopposed Second Renewed Motion to Appoint Interim Co-Lead Counsel and Liaison Counsel (Doc. # 75), and the Court having read the papers, and having been informed that counsel for Defendant Chipotle Mexican Grill, Inc. does not oppose Plaintiffs' Motion, IT IS ORDERED that:

1. The Court hereby appoints Benjamin F. Johns of Chimicles & Tikellis LLP, Tina Wolfson of Ahdoot & Wolfson, PC, and Jean Sutton Martin of the Law Office of Jean Sutton Martin PLLC as interim Co-Lead Class Counsel to act

on behalf of the Plaintiff and the putative Class with the responsibilities set forth below:

   a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiff on all matters arising during pretrial proceedings;

   b. Coordinate the initiation and conduct of discovery on behalf of Plaintiff and the putative Class consistent with the requirements of the Federal Rules of Civil Procedure;

   c. Convene meetings amongst counsel;

   d. Conduct settlement negotiations on behalf of Plaintiff and the putative Class;

   e. Delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for Plaintiff and the putative Class is conducted efficiently and effectively;

   f. Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

   g. Monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

h. Perform such other duties as may be incidental to the proper coordination of Plaintiff's pretrial activities or authorized by further order of the court;

i. Serve as the primary contact for communications between the Court and other plaintiffs' counsel;

j. Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiff's counsel via the Court's electronic filing system);

k. Communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

l. Make available to other plaintiffs' counsel documents produced by the defendant.

2. It is FURTHER ORDERED that, Kevin S. Hannon is appointed Plaintiffs' Liaison Counsel.

3. Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

4. Plaintiffs' Unopposed Second Renewed Motion to Appoint Interim Co-Lead Counsel and Liaison Counsel (Doc. # 75) is GRANTED as set forth above.

DATED: August 22, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge