# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

TODD GORDON, MARC and KRISTEN MERCER, h/w, MICHELLE FOWLER, GREG LAWSON, and JUDY CONARD, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,

    Defendant.

Civil Action No. 1:17-cv-01415-CMA-SKC

---

## PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS

---

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 2:00 p.m. on December 12, 2019, Plaintiffs will move the Court to enter the proposed order submitted herewith granting their unopposed motion seeking (1) the payment of $1,200,000 to Class Counsel for the payment of their attorneys' fees and reimbursement of litigation expenses, and (2) the payment of incentive awards to Plaintiffs Todd Gordon, Marc Mercer, Kristen Mercer, Michelle Fowler, Judy Conard, and Greg Lawson in the amount of $2,500 each ($15,000 total).

**PLEASE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law incorporated herein, Declarations of Counsel, and other related materials in support of this motion.

**PLEASE FURTHER NOTE** that the parties have conferred regarding the relief sought by this motion, and Defendant Chipotle Mexican Grill, Inc. has indicated that it does not oppose this motion.

1

Dated: November 1, 2019   Respectfully submitted,

By:   /s/ *Benjamin F. Johns*
Benjamin F. Johns
Andrew W. Ferich
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com

Tina Wolfson
Theodore Maya
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

Jean Sutton Martin
**MORGAN & MORGAN**
2018 Eastwood Road, Suite 225
Wilmington, North Carolina 28403
Tel: (910) 292-6676
jean@jsmlawoffice.com

*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2019, I electronically filed a true and correct copy of the foregoing filing with the Clerk of the United States District Court for the District of Colorado using its CM/ECF system and thereby served the same via the CM/ECF system on all counsel of record.

                                                  */s/ Benjamin F. Johns*  
                                                  Benjamin F. Johns