IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TODD GORDON, MARC and KRISTEN MERCER, h/w, MICHELLE FOWLER, GREG LAWSON, and JUDY CONARD, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,   Civil Action No. 1:17-cv-01415-CMA-SKC

    Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS**

---

Before the Court is Plaintiffs' Unopposed Motion for Attorneys' Fees, Litigation Expenses, and Service Awards requesting that the Court enter an Order granting the motion, awarding attorneys' fees and costs to Class Counsel as outlined therein, and awarding service awards to Plaintiffs Todd Gordon, Marc Mercer, Kristen Mercer, Michelle Fowler, Judy Conard and Greg Lawson ("Plaintiffs").

Accordingly, it is hereby ORDERED as follows:

1.    The Court, after careful review of Class Counsel's papers, hereby grants Class Counsel's application for attorneys' fees and costs in the amount of $1,200,000. Payment shall be made pursuant to the terms of the Settlement Agreement.

2.    Pursuant to Class Counsel's request, and in recognition of their efforts on behalf of the Settlement Class, the Court approves payments to Plaintiffs in the amount of $2,500 each as a service award. Payment shall be made pursuant to the terms of the Settlement Agreement.

Dated: _____        BY THE COURT:

                                                          _____
                                                          CHRISTINE M. ARGUELLO
                                                          United States District Judge