# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

TODD GORDON, MARC and KRISTEN MERCER, h/w, MICHELLE FOWLER, GREG LAWSON, and JUDY CONARD, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,      Civil Action No. 1:17-cv-01415-CMA-SKC

      Defendant.

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Todd Gordon, Marc Mercer, Kristen Mercer, Michelle Fowler, Judy Conard, and Greg Lawson ("Plaintiffs") move for entry of the Proposed Final Approval Order submitted herewith, which: (1) grants Final Approval of the Class Action Settlement involving Plaintiffs and Defendant Chipotle Mexican Grill, Inc. ("Chipotle" or "Defendant"), as fair, reasonable and adequate, and (2) awards attorneys' fees and costs to Class Counsel, and service awards to Plaintiffs, as explained therein.

1.    The terms of the Settlement were set forth in the Settlement Agreement dated June 10, 2019 (ECF No. 102-1).

2.    The relief sought in this Motion is supported by Plaintiffs' Memorandum of Law in Support of their Motion for Preliminary Approval of the Class Action Settlement and Direction of Notice (ECF No. 103); Plaintiffs' Memorandum of Law in Support of their Motion for Attorneys' Fees, Litigation Expenses, and Service Awards (ECF No. 113) and

the Declarations of Benjamin F. Johns, Tina Wolfson, Jean Martin, and Bennett G. Picker filed therewith (ECF Nos. 114-117); and Plaintiffs' Memorandum of Law in Support of their Unopposed Motion for Final Approval of Class Action Settlement and the Declaration of Tina Chiango Regarding Notice to the Class, filed contemporaneously herewith.

3. Defendant Chipotle Mexican Grill, Inc. does not oppose the relief requested in this Motion.

4. A proposed order granting the relief requested in this Motion is submitted herewith.

Dated: November 21, 2019

Respectfully submitted,

By: /s/ *Benjamin F. Johns*
Benjamin F. Johns
Andrew W. Ferich
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com

Tina Wolfson
Theodore Maya
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

Jean Sutton Martin
**MORGAN & MORGAN**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 559-4908
jeanmartin@forthepeople.com

*Co-Lead Counsel for Plaintiffs
and the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I electronically filed a true and correct copy of the foregoing filing with the Clerk of the United States District Court for the District of Colorado using its CM/ECF system and thereby served the same via the CM/ECF system on all counsel of record.

*/s/ Benjamin F. Johns*
Benjamin F. Johns